AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Norma, Shapiro L | 2. Court or Organization<br><br>U.S. District Court, EDPA | 3. Date of Report<br><br>04/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>10614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Courthouse Access Advisory Committee | United States Access Board |
| 2.   Trustee/Committee Member, National Advisory Council | Jewish Publication Society |
| 3.   Board of Governors | American Bar Association |
| 4.   Committee on Women in the Profession | Pennsylvania Bar Association |
| 5.   Chair, Board of Directors | Violette De Mazia Foundation |
| 6.   Secretary, Board of Trustees | Adath Jeshurun Synagogue |
| 7.   Executive Comittee (Annual Conf. Co-chair) | National Association of Women Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -3 A 11: 23 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 04/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association (ABA) | 2/8-2/13/06. Midyear Meeting, Chicago, IL (Transportation, meals & lodging). |
| 2. | ABA | 4/19-4/21/06. Board of Governors - Budget & Long Range Planning Committee Meeting, Chicago, IL (Transportation, meals & lodging). |
| 3. | ABA | 4/28-4/30/06. SCOPE Meeting, Charleston, SC (Transportation, meals & lodging). |
| 4. | ABA | 6/1-6/4/06. Board of Governors meeting, New Orleans, LA (Transportation, meals & lodging). |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 04/25/2007 |

5.   ABA                                                8/2-8/6/06. Annual Meeting, Honolulu, HI (Transportation, meals & lodging).

6.   Pennsylvania Bar Institute                         10/23/06 - Speaker re: E-Discovery, Philadelphia, PA (Transportation).

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 04/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bar Association | John Marshal Award - Chihuly Bowl | $ 2,100 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel Savings Bond | A | Interest | J | T | | | | | |
| 2. Mellon Bank (Checking Acct.) | | | | | | | | | |
| 3. Firstrust Checking Accts. | A | Interest | J | T | | | | | |
| 4. Firstrust Combined Savings Accounts | A | Interest | J | T | | | | | |
| 5. Alliance Bernstein Cap Reserve | D | Dividend | J | T | | | | | |
| 6. MBNA American Bank CDs | B | Interest | J | T | Redemption | 9/18 | K | | |
| 7. First Union | A | Interest | J | T | | | | | |
| 8. Hudson Bank | | | | | Sell | 1/24 | K | E | |
| 9. Lord Abbett All Value | B | Dividend | L | T | | | | | |
| 10. Vv Finance | A | Dividend | J | T | | | | | |
| 11. Life Strategy Growth Fund | A | Dividend | J | T | Redemption | 1/27 | J | | |
| 12. Life Strategy Mod. Growth | A | Dividend | K | T | | | | | |
| 13. STAR Fund | B | Dividend | L | T | | | | | |
| 14. Oppenheimer Municipal Bond | B | Interest | K | T | | | | | |
| 15. Claymore Securities Defined Portfolios | C | Dividend | L | T | | | | | |
| 16. Eaton Vance | C | Dividend | K | T | | | | | |
| 17. Van Kampen | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norma, Shapiro L | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 04/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___*April 25, 2007*___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544